UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MANUEL GRAS NORENA,** | § | |
| | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. _____ |
| vs. | § | |
| | § | |
| **CLASSICAL TRUCKING, LLC AND** | § | |
| **GURPREET SINGH** | § | |
| | § | |
| **Defendants.** | § | |

### DEFENDANTS CLASSICAL TRUCKING, LLC AND GURPREET SINGH
### <u>NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL</u>

**TO THE HONORABLE UNITED STATES DISTRICT COURT**:

Defendants Classical Trucking, LLC and Gurpreet Singh ("Defendants") file this Notice of Removal of Cause Number CC-23-03321-E, styled *Manuel Gras Norena v. Classical Trucking, LLC and Gurpreet Singh*, currently pending in County Court at Law No. 5 in Dallas County, Texas. Defendants remove the case to the U.S. District Court for the Northern District of Texas, Dallas Division. As grounds for removal, Defendants state as follows:

**I.
OVERVIEW**

1.1     This case involves a motor vehicle accident which Plaintiff Manuel Gras Norena has alleged damages caused by the accident which occurred on or about June 21, 2021 (*See* Plaintiff's Original Petition). Plaintiff commenced this action, styled *Manuel Gras Norena v. Classical Trucking, LLC and Gurpreet Singh*, against Defendants by filing Plaintiff's Original Petition on May 26, 2023, under Cause Number CC-23-03321-E in the County Court at Law No. 5 in Dallas County, Texas. According to the Plaintiff's Original Petition in that suit, the Plaintiff

seeks to recover damages from the Defendants of over $1,000,000.00. Defendant Classical Trucking LLC was served with the Plaintiffs' Original Petition on June 2, 2023, and Defendant Gurpreet Singh was served by personal service on June 5, 2023. Therefore, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b). A true and correct copy of all process, pleadings, and the orders served upon Defendants in the District Court action are being filed with this Notice as required by 28 U.S.C. § 1446(a) and are attached hereto as Exhibit "A".

## II.
## DIVERSITY JURISDICTION

2.1   The District Courts of the United States have original jurisdiction over this action based on complete diversity of citizenship between the parties as contemplated by 28 U.S.C. § 1332(a). The Plaintiff, at the time of the accident, was a resident of the State of Texas. He is now a resident of the State of Nevada. (*See* Plaintiff's Original Petition). Defendant Gurpreet Singh is now and was at the time the action commenced, a citizen of the State of Pennsylvania. Defendant Classical Trucking LLC. is now, and was at the time the action was commenced, a Pennsylvania company with a principal place of business in Easton, Pennsylvania.

2.2   There being complete diversity of citizenship between Plaintiff and Defendants, this case is properly removed to the U.S. District Court for the Northern District of Texas, Dallas Division.

## III.
## REMOVAL PROPER

3.1   This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332(a)(1) as an action wholly between citizens of different states with the matter in controversy exceeding the sum or value of $1,000,000.00, exclusive of interest and costs.

3.2   Under 28 U.S.C. § 1441(a), the removed action is proper in this Court as the district and division embracing the place where the state court action is pending.

3.3	Defendants, the removing party, will promptly give the parties written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d). Defendants will promptly file a copy of this Notice of Removal with the clerk of the County Court at Law No. 5, Dallas County, Texas, where the action is currently pending, also pursuant to 28 U.S.C. § 1446(d).

## IV.
## EXHIBITS ACCOMPANYING REMOVAL

4.1	In conjunction with filing this Notice of Removal, Defendant files the following documents as exhibits:

Exhibit "A" – Documents filed in the County Court at Law No. 5 in Dallas County, Texas.

WHEREFORE, PREMISES CONSIDERED, Defendants Classical Trucking LLC and Gurpreet Singh, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. § 1446, remove Cause Number CC-23-03321-E, styled *Manuel Gras Norena v. Classical Trucking, LLC and Gurpreet Singh,* currently pending in the County Court at Law No. 5 in Dallas County, Texas to this Court on the 29th day of June, for trial and determination.

Respectfully submitted,

          **DAVID ALLEN LAW GROUP, PLLC**

          */s/ David Allen*
          David Allen
          State Bar No. 00786972
          Matthew P. Harper
          State Bar No. 24037777

          12222 Merit Drive
          Suite 1200
          Dallas, Texas 75251
          (214) 748-5000
          (214) 748-1421 Fax
          allen@dallenlg.com
          harper@dallenlg.com

          **ATTORNEYS FOR DEFENDANTS**
          **CLASSICAL TRUCKING LLC**
          **AND GURPREET SINGH**

## CERTIFICATE OF SERVICE

On the 29th day of June, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served counsel of record electronically and/or by facsimile and/or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2) and by the Texas Rules of Civil Procedure.

          */s/ David Allen*
          David Allen